**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

KC FILED
FEB 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 08 2008

**Plaintiff(s):** MICHAEL PITTMAN

**Defendant(s):** ROGER E. WALKER, JR., etc.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Michael Pittman
16725 Trapet Avenue
Hazel Crest, IL  60429

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL  60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV849
JUDGE DOW
MAGISTRATE JUDGE KEYS

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A.E. Woodham   **Date:** 02/08/2008