## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 849 | **DATE** | June 10, 2008 |
| **CASE TITLE** | U.S. ex rel. Michael Pittman v. Roger Walker | | |

**DOCKET ENTRY TEXT:**

The petitioner, Michael Pittman, has filed a petition for habeas corpus relief and has paid the $5 filing fee. The respondent is ordered to answer the petition or otherwise plead within 30 days of the date of this order.

■ [**For further details see text below.**]   Docketing to mail notices.

### STATEMENT

The petitioner, Michael Pittman (A-90850), formerly incarcerated at Hill Correctional Center, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and has paid the $5 filing fee. The petitioner challenges a prison disciplinary decision that resulted in the loss of good-time credit. However, the petitioner filed his petition after he was released from incarceration and, thus, there is a question as to the relief he seeks from this Court. Nevertheless, the Court orders the respondent to answer the petition or otherwise plead within thirty days of the date of this order.

The petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. The petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, the petitioner must send an exact copy of any court filing to the Chief, Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by the petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.

isk