IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL PITTMAN, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) No. 08-0849 ) |
| ROGER WALKER, | ) The Honorable ) Robert M. Dow, Jr., |
| Respondent. | ) Judge Presiding. |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS**

On June 10, 2008, this Court ordered respondent to answer or otherwise plead to Michael Pittman's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before July 10, 2008. Respondent requests this Court to grant a 30-day extension of time to August 11, 2008, to file the response. A supporting declaration is attached to this motion.

July 3, 2008                          Respectfully submitted,

                                      LISA MADIGAN
                                      Attorney General of Illinois

                          By:    s/ Dale M. Park
                                 DALE M. PARK, Bar # 6280822
                                 Assistant Attorney General
                                 100 West Randolph Street, 12th Floor
                                 Chicago, Illinois 60601-3218
                                 PHONE: (312) 814-2197
                                 FAX: (312) 814-2253
                                 EMAIL: dpark@atg.state.il.us

## DECLARATION

DALE M. PARK states as follows:

1. I am the Assistant Attorney General assigned to represent the respondent in this matter.

2. This is my first request for an extension of time.

3. I have ordered, but not yet received, all of the state court materials necessary to file an informed and complete response to the instant petition.

4. This extension of time is needed to obtain and review the state court documents and, in part, to allow time for supervisors to review the response.

5. This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

6. I regret any inconvenience that this motion for an extension of time may cause the Court or party.

I declare under penalty of perjury that the above facts are true.


July 3, 2008                    s/ Dale M. Park
                                DALE M. PARK, Bar # 6280822
                                Assistant Attorney General
                                100 West Randolph Street, 12th Floor
                                Chicago, Illinois 60601-3218
                                PHONE: (312) 814-2197
                                FAX: (312) 814-2253
                                EMAIL: dpark@atg.state.il.us

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 3, 2008, I electronically filed the foregoing Motion for an Extension of Time with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service the document to the following non-registered party:

 Michael Pittman, # A90850
 16725 Trapet Avenue
 Hazel Crest, IL 60429

               s/ Dale M. Park
               DALE M. PARK, Bar # 6280822
               Assistant Attorney General
               100 West Randolph Street, 12th Floor
               Chicago, Illinois 60601-3218
               PHONE: (312) 814-2197
               FAX: (312) 814-2253
               EMAIL: dpark@atg.state.il.us