IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL PITTMAN, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08-0849 |
| ROGER WALKER, | ) ) | The Honorable Robert M. Dow, Jr., |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To: Michael Pittman, # A90850
16725 Trapet Avenue
Hazel Crest, IL 60429

    PLEASE TAKE NOTICE, that on July 9, 2008, at 9:15 a.m., or as soon thereafter as I can be heard, I will appear before Judge Dow in room 1919 of the United States Courthouse at 219 South Dearborn Street in Chicago, Illinois, and present respondent's Motion for an Extension of Time.

                                                                  LISA MADIGAN
                                                                   Attorney General of Illinois

                              By:    s/ Dale M. Park
                                                  DALE M. PARK, Bar # 6280822
                                                  Assistant Attorney General
                                                  100 West Randolph Street, 12th Floor
                                                  Chicago, Illinois 60601-3218
                                                  PHONE: (312) 814-2197
                                                  FAX: (312) 814-2253
                                                  EMAIL: dpark@atg.state.il.us