UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Michael Pittman
                        Plaintiff,

v.                                                  Case No.: 1:08−cv−00849
                                                     Honorable Robert M. Dow Jr.

Roger E Walker Jr
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Respondent Roger E Walker, Jr for extension of time to file response as to petition for writ of habeas corpus[1][7] is granted to and including 8/11/08; Petitioner's reply brief due by 8/25/08. Notice of Motion date of 7/9/08 is stricken and no appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.