IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL PITTMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-0849 |
| | ) | |
| ROGER WALKER, JR., | ) | The Honorable |
| | ) | Robert M. Dow, Jr., |
| Respondent. | ) | Judge Presiding. |

**SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS**

On June 10, 2008, this Court ordered respondent to answer or otherwise plead to Michael Pittman's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before July 10, 2008. On July 7, 2008, this Court granted respondent's request for a 30-day extension of time to file the response (Doc. 9). Respondent respectfully requests an additional 30-day extension of time to September 10, 2008, to file his answer. A supporting declaration is attached to this motion.

August 4, 2008                     Respectfully submitted,

                                                LISA MADIGAN
                                                Attorney General of Illinois

                          By:    /s/ Dale M. Park
                                   DALE M. PARK, Bar # 6280822
                                   Assistant Attorney General
                                   100 W. Randolph Street, 12th Floor
                                   Chicago, Illinois 60601-3218
                                   PHONE: (312) 814-2197
                                   FAX: (312) 814-2253
                                   EMAIL: dpark@atg.state.il.us

## DECLARATION

DALE M. PARK states as follows:

1. I am the Assistant Attorney General assigned to represent the respondent in this matter.

2. This is my second request for an extension of time.

3. Petitioner is presently serving a three-year term of mandatory supervised release. Petitioner was formerly incarcerated at Hill Correctional Center. In the instant habeas petition, petitioner alleges several violations of his due process rights during prison disciplinary proceedings in 2005.

4. At the time of filing this motion, I have requested but not yet received from Hill Correctional Center all of the relevant documents relating to petitioner's 2005 disciplinary proceedings. These documents include the disciplinary report and an adjustment committee's hearing and report. I also requested documents relating to petitioner's grievance proceedings, which includes the grievance and the administrative review board's hearing and report.

5. This extension of time is needed to obtain and review the requested documents and, in part, to allow time for supervisors to review the response.

6. This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

7.  I regret any inconvenience that this motion for an extension of time may cause the Court or party.

I declare under penalty of perjury that the above facts are true.


August 4, 2008                               /s/ Dale M. Park
                                                                  DALE M. PARK, Bar # 6280822
                                                                  Assistant Attorney General
                                                                  100 W. Randolph Street, 12th Floor
                                                                  Chicago, Illinois 60601-3218
                                                                  PHONE: (312) 814-2197
                                                                   FAX: (312) 814-2253
                                                                   EMAIL: dpark@atg.state.il.us

## CERTIFICATE OF SERVICE

      I certify that on August 4, 2008, I electronically filed respondent's **Second Motion For Extension Of Time To Respond To Petition For Writ Of Habeas Corpus** and a notice with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed copies of this document via the United States Postal Service to the following non-CM/ECF user:

Michael Pittman
16725 Trapet Avenue
Hazel Crest, IL 60429

/s/ Dale M. Park
DALE M. PARK, Bar # 6280822
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-2197
FAX: (312) 814-2253
EMAIL: dpark@atg.state.il.us