IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PITTMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 08-0849 |
| ) | |
| ROGER WALKER, JR., ) | The Honorable |
| ) | Robert M. Dow, Jr., |
| Respondent. ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Michael Pittman, # A90850
      16725 Trapet Avenue
      Hazel Crest, IL 60429

   PLEASE TAKE NOTICE, that on August 26, 2008, at 9:15 a.m., or as soon thereafter as I can be heard, I will appear before Judge Dow in room 1919 of the United States Courthouse at 219 South Dearborn Street in Chicago, Illinois, and present respondent's Motion for an Extension of Time.

LISA MADIGAN
Attorney General of Illinois

By:   /s/ Dale M. Park
      DALE M. PARK, Bar # 6280822
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, Illinois 60601-3218
      PHONE: (312) 814-2197
      FAX: (312) 814-2253
      EMAIL: dpark@atg.state.il.us