IN THE
UNIQUE STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL PITTMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-0849 |
| | ) | |
| ROGER E. WALKER, JR., | ) | |
| | ) | The Honorable |
| Respondent. | ) | Robert M. Dow, Jr., |
| | ) | Judge Presiding. |

## THIRD MOTION FOR EXTENSION OF TIME

Respondent, ROGER WALKER, respectfully moves this Honorable Court for an additional fourteen (14) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from September 10, 2008 to and including September 24, 2008. An affidavit in support of this motion is attached hereto.

September 9, 2008

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:  /s/ Dale M. Park
DALE M. PARK, Bar # 6280822
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-2197
FAX: (312) 814-2253
EMAIL: dpark@atg.state.il.us

State of Illinois    )
                     ) ss.
County of Cook       )

## AFFIDAVIT

Dale M. Park, being first duly sworn upon oath, deposes and states as follows:

1. Respondent's answer or other responsive pleading to the instant federal habeas corpus petition currently is due to be filed on September 10, 2008.

2. However, despite due diligence, affiant will be unable to file a response by September 10, 2008.

3. Since affiant received the state-court records, affiant has diligently worked to review the materials and to research the issues and draft an answer to the petition, which raises several due process and equal protection concerns following petitioner's prison disciplinary proceedings in 2005.

4. Affiant believes, in good faith, that this third extension is necessary to allow affiant to finish drafting the answer and allow time for the answer to be reviewed by his office's two supervising attorneys, in accordance with office protocol, before filing. At the time of filing this motion, supervising attorneys are reviewing a draft of respondent's answer.

5. In addition to diligently working on this answer, affiant has also been working on the following matters since the filing of the second extension motion: preparing an answer to a federal habeas petition in *Morgan v. Hulick*, No. 08-3118 (filed on August 13, 2008); preparing an answer to a federal habeas petition in

1

*Sanchez v. Walker*, No. 08-1124 (filed on August 18, 2008); preparing a motion to dismiss to a state habeas complaint in *Henderson v. Jones*, No. 08 MR 31 (filed on August 26, 2008); preparing a motion to dismiss to a state habeas complaint in *Cherry v. Chandler*, No. 08 MR 60 (filed on September 8, 2008); preparing a motion to dismiss to a federal habeas petition in *Ledezma v. Hathaway*, No. 08-4157 (filed on September 9, 2008); and preparing a motion and appellee's brief in *In re Detention of Terry Teevin,* No. 2-08-0425 (Ill.App.).

      6.     The present motion for an additional extension of time is not intended for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected. Affiant does not expect to request any further extensions of time in this matter.

      7.     Respondent respectfully requests that this Honorable Court grant his motion for an additional fourteen-day extension of time to and including September 24, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

          /s/ Dale M. Park

          DALE M. PARK, Bar # 6280822
          Assistant Attorney General
          100 W. Randolph Street, 12th Floor
          Chicago, Illinois 60601-3218
          PHONE: (312) 814-2197
          FAX: (312) 814-2253
          EMAIL: dpark@atg.state.il.us

## CERTIFICATE OF SERVICE

I certify that on September 9, 2008, I electronically filed respondent's **Motion for Extension of Time** and a **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed copies via the United States Postal Service to the following non-CM/ECF user:

Michael Pittman
16725 Trapet Avenue
Hazel Crest, IL 60429

/s/ Dale M. Park
DALE M. PARK, Bar # 6280822
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-2197
FAX: (312) 814-2253
EMAIL: dpark@atg.state.il.us