IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PITTMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 08-0849 |
| ) | |
| ROGER WALKER, JR., ) | The Honorable |
| ) | Robert M. Dow, Jr., |
| Respondent. ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Michael Pittman, # A90850
      16725 Trapet Avenue
      Hazel Crest, IL 60429

    PLEASE TAKE NOTICE, that on September 16, 2008, at 9:15 a.m., or as soon thereafter as I can be heard, I will appear before Judge Dow in room 1919 of the United States Courthouse at 219 South Dearborn Street in Chicago, Illinois, and present respondent's Motion for an Extension of Time.

                                LISA MADIGAN
                                Attorney General of Illinois

                    By:   /s/ Dale M. Park
                          DALE M. PARK, Bar # 6280822
                          Assistant Attorney General
                          100 W. Randolph Street, 12th Floor
                          Chicago, Illinois 60601-3218
                          PHONE: (312) 814-2197
                          FAX: (312) 814-2253
                          EMAIL: dpark@atg.state.il.us